JUDGE PRESKA

BLANK ROME, LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GMBH & CO KG
Jack A. Greenbaum (JG 0039)
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000



07 CV 11155

RECEIVED
DEC 11 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| OLDENDORFF CARRIERS GMBH & CO KG, | 07 Civ. |
|---|---|
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| GLOBAL STEEL HOLDINGS LTD., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff OLDENDORFF CARRIERS GMBH & CO KG, certifies that, according to information provided to counsel by its clients, OLDENDORFF CARRIERS GMBH & CO KG, is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:     New York, New York
           December 11, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    OLDENDORFF CARRIERS GMBH & CO KG

                                    By _____
                                       Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY  10174-0208
                                    (212) 885-5000

311817.1
667664.00604/6597259v.1

1