Proska

BLANK ROME, LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GMBH & CO KG
Jack A. Greenbaum (JG 0039)
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLDENDORFF CARRIERS GMBH & CO KG,<br><br>                Plaintiff,<br><br>-against-<br><br>GLOBAL STEEL HOLDINGS LTD.,<br><br>                Defendant. | 07 Civ. 11155(LAP)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT** |

PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

WHEREAS, on December 12, 2007, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant under the control of, or held by various garnishees in New York.

NOW, on the consent of the attorney for plaintiff, it is

ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action on December 12, 2007, be and is hereby vacated.

667664.00604/6656099v.1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, NY
July 22, 2008

Respectfully submitted,
BLANK ROME, LLP
Attorneys for Plaintiff
OLDENDORFF CARRIERS GMBH & CO KG

By _____
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED:

_Loretta A. Preska_
U.S.D.J.

August 4, 2008

311510.1
667664.00604/6656099v.1

2